UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ernest Lee Adams                                           Docket No. 5:15-CR-285-2H

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Lee Adams, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon and Aiding and Abetting 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 13, 2016, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ernest Lee Adams was released from custody on December 3, 2018, at which time the term of supervised release commenced. On January 9, 2020, a Violation Report was submitted to the court as Mr. Adams tested positive for cocaine on December 23, 2019. He was continued on supervision without modification and was reassessed for substance abuse concerns. Mr. Adams has been in substance abuse treatment since that time. On March 5, 2020, the defendant tested positive for cocaine for a second time after laboratory confirmation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has tested positive twice for cocaine and is maintaining denial of illegal drug use. In order to address the dishonesty surrounding the illegal drug engagement, it is recommended that the defendant participate in a cognitive behavioral therapy program. Additionally, he has been increased to the highest level of frequency in the Surprise Urinalysis Program and will be continued in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy                                                /s/ Taylor R. O'Neil
Maurice J. Foy                                                       Taylor R. O'Neil
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                                       310 New Bern Avenue, Room 610
                                                                       Raleigh, NC 27601-1441
                                                                       Phone: 919-861-8698
                                                                       Executed On: March 16, 2020

**ORDER OF THE COURT**

Considered and ordered this __17th__ day of ____March____, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge