UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ernest Lee Adams**                               Docket No. 5:15-CR-285-2H

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Lee Adams, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon and Aiding and Abetting 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 13, 2016, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ernest Lee Adams was released from custody on December 3, 2018, at which time the term of supervised release commenced.

On January 9, 2020, a Violation Report was submitted to the court as Adams tested positive for cocaine on December 23, 2019. He was continued on supervision without modification and was reassessed for substance abuse concerns. Adams has been in substance abuse treatment since that time.

On March 5, 2020, Adams tested positive for cocaine for a second time after laboratory confirmation. A Petition for Action was signed by the court adding the condition of participation in a cognitive behavioral program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 16, 2020, the defendant tested positive for cocaine a third time after laboratory confirmation. The defendant is maintaining denial of illegal drug engagement. As a response to the continued dishonesty and positive tests, it is recommended that the defendant adhere to 60 days of Location Monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to the residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: March 31, 2020 |

## ORDER OF THE COURT

Considered and ordered this __31st___ day of ___March_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge